UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DONNA ARNOLD, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 2:24-cv-00026-CHS |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) |
| *Defendant*. | ) |

## JUDGMENT ORDER

This case is before the Court on Donna Arnold's complaint for judicial review of the Commissioner's final decision denying Plaintiff's claim for Disability Insurance Benefits under Title XVI of the Social Security Act, 42 U.S.C. § 1381-83f. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Sixth Circuit [Doc. 12].

It is hereby **ORDERED** that:

1. The Joint Motion [Doc. 16] requesting remand is **GRANTED**;

2. Plaintiff's Motion [Doc. 13] is **DENIED AS MOOT**; and

3. This action is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the above-referenced Joint Motion.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

ENTERED AS A JUDGMENT
s/ *LeAnna Wilson*
CLERK OF COURT